# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUSANNE CHRISTEN, | Case No. 2:17-cv-00763-APG-PAL |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DISMISS** |
| UNITED STATES OF AMERICA, | (ECF No. 8) |
| Defendant. | |

Defendant United States of America moves to dismiss plaintiff Susanne Christen's claim for negligent infliction of emotional distress ("NIED"). The United States argues that Nevada law (which informs this Federal Tort Claims Act case against the United States) recognizes NIED claims only for bystanders, and Christen is not a bystander to her own harm. The United States also argues that because Christen asserts a negligence claim for which she can pursue emotional distress damages, her NIED is redundant. Christen agrees to not oppose dismissal of her NIED claim given that she can recover emotional distress damages related to her negligence claim. It is unclear why the parties could not have resolved this issue without the need for court intervention.

IT IS THEREFORE ORDERED that defendant United States of America's motion to dismiss **(ECF No. 8) is GRANTED**. Plaintiff Susanne Christen's claim for negligent infliction of emotional distress is dismissed.

DATED this 25th day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE