STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: lindsy.roberts@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSANNE CHRISTEN, | )<br>) |
| Plaintiff, | ) Case No. 2:17-cv-00763-APG-PAL<br>) |
| v. | )<br>) **JOINT STIPULATION AND ORDER OF** |
| UNITED STATES OF AMERICA, | ) **DISMISSAL WITHOUT PREJUDICE**<br>) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that the above-entitled case shall be dismissed without prejudice and each party will bear its own costs and attorney's fees.

DATED this 1st day of September 2017.

| | |
|---|---|
| LAW OFFICES OF STEVEN M. BURRIS | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/Steven M. Burris* <br>STEVEN M. BURRIS<br>2810 W. Charleston Blvd., Suite F-58<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff* | */s/ Lindsy M. Roberts* <br>LINDSY M. ROBERTS<br>Assistant United States Attorney<br><br>A*ttorneys for United States* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 1, 2017.